**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

SAMANTHA SUN OASIS LIQUOR,

*Plaintiff,*

CASE NO. 4:25-CV-00176-ALM-BD

V.

ACE PROPERTY & CASUALTY
INSURANCE COMPANY,

*Defendant.*

_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT**

COMES NOW Plaintiff, SAMANTHA SUN OASIS LIQUOR, by and through undersigned counsel, and hereby gives notice to the Court that the above-styled action has been settled by and between the parties, subject only to the completion and execution of settlement documents and/or performance of settlement terms.

The parties respectfully request that the Court remove this matter from the trial calendar and from any pending hearings, conferences, or deadlines. The parties further request that the Court retain jurisdiction to enforce the terms of the settlement, if necessary.

A stipulation for dismissal will be filed upon consummation of the settlement.

Dated 15th day of December 2025.

<div style="margin-left:50%">

Respectfully submitted,
NATIONAL INSURANCE ADVOCATES, PLLC
*/s/   Vinit Venkatesh, Esq.*
Vinit Venkatesh, #24144674
5900 Balcones Drive, Ste 100
Austin, TX 78731
Primary Email: service@nia.law
Secondary Email: vv@plglawyersfl.com
Phone: 833-701-4110
*Attorney for Plaintiff*

</div>

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of December, 2025 a true and correct copy of the

foregoing document was served on the below counsel of record via the Court's CM/ECF system:

**CLAUSEN MILLER P.C**.

Ramy Elmasri, Esq.

Texas Bar No. 24051690

16945 Northcase Drive, Ste 1400

Houston, TX 77060

Phone: 346.229.4612

relmasri@clausen.com

erutherford@clausen.com

jcox@clausen.com

dalvarez@clausen.com

Attorneys for Defendant

*/s/ Vinit Venkatesh, Esq.*
Vinit Venkatesh