**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **SAMANTHA SUN OASIS LIQUOR** | § | |
| | § | |
| **v.** | § | **NO. 4:25-CV-00176-ALM-BD** |
| | § | |
| **ACE PROPERTY & CASUALTY** | § | |
| **INSURANCE COMPANY** | § | |

**ORDER**

Plaintiff Samantha Sun Oasis Liquor filed a notice indicating that it and the defendant have settled. Dkt. 39.

It is **ORDERED** that the upcoming dates and deadlines set by the scheduling order, Dkt. 38, are **VACATED** and that the parties must submit to the court any document or documents necessary for final resolution of the settled claims within 30 days of this order. *See* Fed. R. Civ. P. 41. If that deadline is not met, the court may hold a hearing to determine which party is responsible for the delay. The court may then enter any order needed to ensure prompt resolution of the case.

So **ORDERED** and **SIGNED** this 16th day of December, 2025.

_____
Bill Davis
United States Magistrate Judge