UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS SHERMAN DIVISION

| | | |
|---|---|---|
| SAMANTHA SUN OASIS LIQUOR, | § § § | |
| *Plaintiffs,* | § § | |
| V. | § § | CASE NO. 4:25-cv-176 |
| ACE PROPERTY & CASUALTY INSURANCE COMPANY, | § § § | |
| *Defendants.* | § § § § | |

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, **SAMANTHA SUN OASIS LIQUOR** and Defendant, **ACE PROPERTY & CASUALTY INSURANCE COMPANY** by and through their undersigned attorneys, and being all of the parties to this action, jointly stipulate and agree pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice, each party to bear their own costs, expenses and fees as this matter has been amicably settled between the Parties. The Parties request that the Court retain jurisdiction to enforce the terms of the settlement.

**DATED** this 23rd day of January 2026.

| | |
|---|---|
| **CLAUSEN MILLER P.C.** | **NATIONAL INSURANCE ADVOCATES, LLC** |
| 4 City North | |
| 16945 Northchase Drive, Ste. 1400 | 6330 Manor Lane, #363 |
| Houston, Texas 77060 | Miami, Florida 33143 |
| relmasri@clausen.com | vv@plglawyersfl.com |
| Attorney for Defendant | Attorney for Plaintiff |
| *ACE Property & Casualty Insurance* | *Samantha Sun Oasis Liquor* |

By: *Ramy Elmasri*　　　　　　 By: *Vinit Venkatesh* (w/permission)
RAMY ELMASRI　　　　　　　　 VINIT VENKATESH
Texas Bar No.: 24051690　　　　　 Florida Bar No.: 123711

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of January 2026, a true and correct copy of the foregoing instrument has been forwarded to all parties via electronic service in accordance with the Federal Rules of Civil Procedure.

/s/ *Ramy Elmasri*

Ramy Elmasri

2

12577732.1